FILED

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT OF THE STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY
CIVIL DIVISION

2008 JAN 25 PM 2:56

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

GERARD DESTIN,

Plaintiff,

vs.

CASE NO. 08 00203
DIVISION: DIVISION B

DAVOL, INC., a Subsidiary of C. R. BARD, INC., and C.R. Bard, Inc.

Defendants.
_______________________________/

RECEIVED
JAN - 4 2008
CLERK OF CIRCUIT COURT

**COMPLAINT**

**COMES NOW,** the Plaintiff, GERARD DESTIN, by and through his undersigned attorneys, and sues the Defendants, DAVOL, INC., a Subsidiary of C. R. BARD, INC., and C.R. BARD, INC., and alleges as follows:

**COMMON ALLEGATIONS**

1. This is an action for damages in excess of Fifteen Thousand Dollars ($15,000.00), exclusive of interest, costs and attorney's fees.
2. At all times relevant hereto, the Plaintiff, GERARD DESTIN, was a resident of Hillsborough County, Florida.
3. Defendants, DAVOL, INC., a Subsidiary of C. R. BARD, INC., and C.R. BARD, INC. distributed products into the stream of commerce, including Kugel Hernia Patches nationwide, and specifically in Hillsborough County, Florida.
4. On or about June 14, 2006, the Plaintiff, GERARD DESTIN, presented himself at Florida Medical Clinic, for surgery.

5. The surgeon, Donald J. Straub, D.O.F.A.C.S. used and Florida Medical Clinic supplied a Kugel Hernia Patch, in the hernia repair surgery.

6. The Kugel Hernia Patch given to the Plaintiff's surgeon was inappropriate and unsafe.

7. The Kugel mesh patch used subsequently failed and was otherwise not fit for the purposes it was used resulting in physical damage, bodily injury, infection, and additional surgery.

8. Venue is proper in Hillsborough County, Florida.

**COUNT I**
**Davol, Inc., a wholly owned Subsidiary of**
**C. R. Bard, Inc.**

9. The Plaintiff reincorporates and realleges all of the allegations set forth above.

10. That the Kugel Hernia Patch was unfit for the purpose it was intended and was otherwise defectively manufactured and designed such that failed and broke under stress, leading to complications suffered by the Plaintiff.

11. That the Defendant, DAVOL, INC., distributed the Kugel Hernia Patch with knowledge that it would be used for hernia repair surgery and that failure of the patch would result in injury to the patient.

12. That the defective design and manufacture of the Kugel Hernia Patch was known or should have been known to the Defendant, DAVOL, INC., and it should have corrected said defects.

13. As the result of the negligence of DAVOL, INC., the Plaintiff has been caused to suffer bodily injury, pain and suffering, medical and nursing care and treatment, permanent injury, loss of income, loss of earnings capacity, mental anguish and the Plaintiff's damages will continue into the future.

WHEREFORE, Plaintiff, GERARD DESTIN, demands judgment, damages, and associated costs against the Defendant, DAVOL, INC., a Subsidiary of C. R. BARD, INC., and hereby requests a trial by jury.

**COUNT II**
**C. R. Bard, Inc.**

14. The Plaintiff reincorporates and realleges all of the allegations set forth above.

15. That the Kugel Hernia Patch was unfit for the purpose it was intended and was otherwise defectively manufactured and designed such that failed and broke under stress, leading to complications suffered by the Plaintiff.

16. That the Defendant, C.R. BARD, INC., distributed the Kugel Hernia Patch with knowledge that it would be used for hernia repair surgery and that failure of the patch would result in injury to the patient.

17. That the defective design and manufacture of the Kugel Hernia Patch was known or should have been known to the Defendant, C.R. BARD, INC., and it should have corrected said defects.

18. As the result of the negligence of C. R. BARD, INC., the Plaintiff has been caused to suffer bodily injury, pain and suffering, medical and nursing care and treatment, permanent injury, loss of income, loss of earnings capacity, mental anguish and the Plaintiff's damages will continue into the future.

WHEREFORE, Plaintiff, GERARD DESTIN, demands judgment, damages, and associated costs against the Defendant, C. R. BARD, INC., and hereby requests a trial by jury.

*THE LIMBEROPOULOS LAW FIRM, P.A.*

Chris M. Limberopoulos, Esquire
Florida Bar No. 341126
400 N. Ashley Drive, Suite 2150
Tampa, Florida 33602
(813) 875-1818; FAX: (813) 879-2368
Attorneys for Plaintiff