MDLOUT

# U.S. District Court
## Middle District of Florida (Tampa)
## CIVIL DOCKET FOR CASE #: 8:08-cv-00180-SCB-TGW
## Internal Use Only

Destin v. Davol, Inc. et al
Assigned to: Judge Susan C Bucklew
Referred to: Magistrate Judge Thomas G. Wilson
Case in other court: State Court - 01/04/08, 08-00203 Div. B
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 01/25/2008
Date Terminated: 03/11/2008
Jury Demand: Both
Nature of Suit: 362 Personal Inj. Med. Malpractice
Jurisdiction: Diversity

**Plaintiff**

Gerard Destin

represented by Chris M. Limberopoulos
Limberopoulos Law Firm, PA*
Suite 2150
400 N Ashley Dr
Tampa, FL 33602
813/875-1818
Fax: 813/879-2368
Email: chrislimber@prodigy.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Davol, Inc.
*a Subsidiary of C.R. Bard, Inc.*

represented by John M. Kvartek
Clark, Partington, Hart, Larry, Bond & Stackhouse
125 W Romana St - Ste 800
PO Box 13010
Pensacola, FL 32591-3010
850/434-9200
Fax: 850/432-7340
Email: jkvartek@cphlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

I certify the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: [signature]

**Defendant**

C.R. Bard, Inc. represented by John M. Kvartek
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/25/2008 | 1 | NOTICE OF REMOVAL from the Thirteenth Judicial Circuit, in and for Hillsborough County, case number 08-00203 filed in State Court on 01/04/08. Filing fee $350, receipt number T044701 filed by Davol, Inc., C.R. Bard, Inc..(LDB) (Entered: 01/28/2008) |
| 01/25/2008 | 2 | COMPLAINT against Davol, Inc., C.R. Bard, Inc.; jury demand filed in state court on 01/04/08 by Gerard Destin.(LDB) (Entered: 01/28/2008) |
| 01/25/2008 | 3 | CERTIFICATE of interested persons and corporate disclosure statement by Davol, Inc., C.R. Bard, Inc.. (LDB) (Entered: 01/28/2008) |
| 01/29/2008 | 4 | ANSWER and affirmative defenses to 2 Complaint with Jury Demand by Davol, Inc., C.R. Bard, Inc..(Kvartek, John) (Entered: 01/29/2008) |
| 01/30/2008 | 5 | NOTICE of designation under Local Rule 3.05 - track 2 with Notice of Expected Deadlines and Case Management Report made a part herein. Signed by Judge Susan C Bucklew on 1/30/2008. (LS) (Entered: 01/30/2008) |
| 03/11/2008 | 6 | MULTIDISTRICT LITIGATION panel order transferring case to: District Rhode Island Transferee court case number: 08-2364 MDL case number: 1842 (JLH) (Entered: 03/11/2008) |